UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
  

No. 97-1048

 DR. MAJORIE C. MCMILLAN,
 Plaintiff, Appellee,

 v. v.

 MASSACHUSETTS SOCIETY FOR THE PREVENTION
 OF CRUELTY TO ANIMALS, DR. GUS THORNTON, 
 Defendants, Appellants,

 

 DR. PAUL GAMBARDELLA,
 Defendant, Appellee.

  

 ORDER OF COURT ORDER OF COURT

 Entered: January 24, 1997

Upon motion,

 It is ordered that the time for filing appellant's statement
of issues and designation of the contents of the appendix to the
brief be, and the same hereby is enlarged to and including
February 10, 1997 .

 It is further ordered that the time for filing brief for
appellant and appendix to the brief be, and same hereby is
enlarged to and including March 6, 1997.

 Form A should be filed promptly with this court.

 Counsel must first ascertain an estimated date of
completion of transcript from the court reporter and so advise
this court in future requests for an enlargement of time.

 By the Court: 

 WILLIAM H. NG, Clerk

 By 

 Chief Deputy Clerk

 cc: Mr. Cohn, Ms's Tearney, Rudavsky, Maloney]